BUCHALTER
A Professional Corporation
DANIEL C. SILVA
California Bar No. 264632
655 West Broadway, Suite 1600
San Diego, CA 92101-8494
Telephone: (619) 219-5335
Email: dsilva@buchalter.com

Attorneys for Receiver Stone Blossom Capital, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>vs.<br><br>GOLD FLORA LLC, GF DISTRIBUTION LLC, GOLD FLORA PARTNERS LLC, BLACK LION FARMS LLC, GOLD FLORA CORPORATION, and LAURIE HOLCOMB,<br><br>Respondents. | Case No. 25-CV-2118-JLS-KSC<br><br>**RESPONSE TO PETITION**<br><br>Action Filed: August 18, 2025<br>Court: Hon. Janis L. Sammartino |

Receiver Stone Blossom Capital, LLC ("Receiver"), on behalf of respondents Gold Flora LLC, GF Distribution LLC, Gold Flora Partners LLC, Black Lion Farms LLC, and Gold Flora Corporation, hereby responds to the petition to enforce False Claims Act civil investigative demands. Doc. No. 1 (the "Petition"). Having met and conferred with counsel for the United States of America, Receiver has produced thousands of pages, in full compliance with its obligations under the five applicable civil investigative demands (attached as exhibits 1-4 and 7 to the Petition, the "CIDs").

Receiver therefore respectfully requests that this Court enter an order deeming the Petition to be moot as applied to the corporate respondents that are represented by Receiver, and to dismiss them entirely from this matter.

By producing all responsive documents to the United States, Receiver has fulfilled its obligations under the CIDs. In light of the existence of the receivership itself, and the challenges associated with several of the corporate respondents' financial hardships and reduced staff, there is a possibility that not all responsive records have been located in anticipation of responding to the CIDs.

To that end, Receiver objects to the CIDs' demands to produce all responsive records on or before October 6, 2025 as: unduly burdensome and oppressive; filled with vague and ambiguous document requests; and duplicative of records already in the possession of the United States.

Notwithstanding these objections, Receiver will continue to conduct a diligent search for all of the records requested in the CIDs and produce them as they are discovered, to the extent there are in fact any outstanding records that are responsive to the CIDs, without further request from the United States. Should the United States come to believe that Receiver or the corporate respondents are in possession of additionally-responsive records, then that will be an issue on which the parties can meet and confer, pursuant to the terms of the CIDs. That will not, however, be a matter for this Court pursuant to the Petition. As such, the Petition is moot as to Receiver.

For the foregoing good cause, Receiver asks this Court, on behalf of respondents Gold Flora LLC, GF Distribution LLC, Gold Flora Partners LLC, Black Lion Farms LLC, and Gold Flora Corporation, to dismiss these corporate respondents from this matter and from participating any further in response to the Petition.

DATED: October 6, 2025               Respectfully submitted,

                                      BUCHALTER
                                      A Professional Corporation

                                      <u>s/ Daniel C. Silva</u>
                                      DANIEL C. SILVA
                                      Attorney for Receiver
                                      Stone Blossom Capital, LLC

BN 95333028V1