BUCHALTER
A Professional Corporation
DANIEL C. SILVA
California Bar No. 264632
655 West Broadway, Suite 1600
San Diego, CA 92101-8494
Telephone: (619) 219-5335
Email: dsilva@buchalter.com

Attorneys for Receiver Stone Blossom Capital, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>vs.<br><br>GOLD FLORA LLC, GF DISTRIBUTION LLC, GOLD FLORA PARTNERS LLC, BLACK LION FARMS LLC, GOLD FLORA CORPORATION, and LAURIE HOLCOMB,<br><br>Respondents. | Case No. 25-CV-2118-JLS-KSC<br><br>**RECEIVER'S AMENDED RESPONSE TO PETITION**<br><br>Action Filed: August 18, 2025<br>Court: Hon. Janis L. Sammartino |

Receiver Stone Blossom Capital, LLC ("Receiver"), on behalf of respondents Gold Flora LLC, GF Distribution LLC, Gold Flora Partners LLC, Black Lion Farms LLC, and Gold Flora Corporation, submitted its response to the petition to enforce False Claims Act civil investigative demands. Doc. No. 1 (the "Petition"). Receiver's original response (Doc. No. 8, the "Response") prompted additional conversations between Receiver's counsel and counsel for the United States of America. Based on those conversations, Receiver submits this amended response to the Petition to ensure the Court has a more complete understanding of the current posture of this matter.

Receiver has produced more than five thousand pages in compliance with its obligations under the five applicable civil investigative demands (attached as exhibits

1-4 and 7 to the Petition, the "CIDs"). The United States continues to review that production of records.

Although Receiver previously asked this Court to enter an order deeming the Petition to be moot as applied to the corporate respondents, with a further request to dismiss them entirely from this matter, Receiver and the United States continue to work in good faith regarding Receiver's compliance with all the CID requests that apply to the corporate respondents. Receiver respectfully withdraws, without prejudice, its request to dismiss the corporate respondents at this time.

As set forth in detail in the Petition, there was extensive interaction between prior counsel for the corporate respondents and the United States that preceded the receivership over the corporate respondents. Receiver has every intention of producing all responsive documents to the United States pursuant to the CIDs. That said, Receiver's original Response noted that the existence of the receivership itself, and the challenges associated with several of the corporate respondents' financial hardships and reduced staff, all presented new complications in searching for and producing all responsive records to the CIDs.

To that end, Receiver maintains its objections to the CIDs' demands to produce all responsive records on or before October 6, 2025 as: unduly burdensome and oppressive; filled with vague and ambiguous requests, including but not limited to "eligibility" for Paycheck Protection Program loans or forgiveness, and descriptions of corporate ownership (e.g., "brother and sister corporations or entities"); and duplicative of records already in the possession of the United States. These objections apply to each of the CIDs, as each of them make nearly identical requests.

Notwithstanding these objections and challenges associated with identifying responsive records, Receiver has committed to this Court and to the United States that it will continue to conduct a diligent search for all records requested in the CIDs and produce them as they are discovered, to the extent there are in fact any outstanding records that are responsive to the CIDs. Furthermore, in an effort to provide abundant

clarity, Receiver has not withheld any responsive documents at this time under any of the foregoing objections. If it does so in the future, Receiver will provide a written explanation to the United States and the Court—in the event that the parties are unable to resolve the issue privately—as to the exact CID request that is objectionable and the basis for withholding the subject record.

Receiver further agrees to meet, and indeed has already met since filing its Response, with the United States to discuss the production of additionally-responsive records. Receiver does not intend to involve the Court in any of those discussions. It is Receiver's full expectation that the parties will be able to continue addressing every item raised in the Petition without supervision from the Court.

For the foregoing good cause, Receiver asks this Court, on behalf of respondents Gold Flora LLC, GF Distribution LLC, Gold Flora Partners LLC, Black Lion Farms LLC, and Gold Flora Corporation, to take no action on the Petition at this time as to the corporate respondents.

DATED:  October 16, 2025              Respectfully submitted,

                                      BUCHALTER
                                      A Professional Corporation

                                      s/ Daniel C. Silva
                                      DANIEL C. SILVA
                                      Attorney for Receiver
                                      Stone Blossom Capital, LLC