PILLSBURY WINTHROP SHAW PITTMAN LLP
PAUL J. FRAIDENBURGH (280354)
DYLAN M. ASTE (281341)
11682 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: 858-509-4000; Facsimile: 858-509-4010
Email: paul.fraidenburgh@pillsburylaw.com
       dylan.aste@pillsburylaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
CHRISTOFFER LEE (280360)
2550 Hanover Street
Palo Alto, CA 94304
Telephone: 650-233-4500; Facsimile: 650-233-4545
Email: christoffer.lee@pillsburylaw.com

Attorneys for Respondent
LAURIE HOLCOMB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>vs.<br><br>GOLD FLORA LLC, GF DISTRIBUTION LLC, GOLD FLORA PARTNERS LLC, BLACK LION FARMS LLC, LAURIE HOLCOMB, and GOLD FLORA CORPORATION,<br><br>Respondents. | Case No. 3:25-cv-02118-JLS-KSC<br><br>**RESPONDENT LAURIE HOLCOMB'S RESPONSE TO PETITION**<br><br>Judge: Hon. Janis L. Sammartino<br>Courtroom: 4D<br><br>Petition Filed: August 18, 2025<br><br>Trial Date: None Set |

///

1	Respondent Laurie Holcomb hereby responds to the petition to enforce False Claims Act Civil Investigative Demands. Dkt. No. 1 (the "Petition"). Following the United States' filing of the Petition, Ms. Holcomb retained the undersigned counsel in October 2025 to represent her.

Ms. Holcomb has worked diligently to comply with the United States' expansive Civil Investigative Demands ("CIDs") over this short period, including having met and conferred with counsel for the United States multiple times. Within weeks of engaging undersigned counsel, Ms. Holcomb produced more than 5,500 pages of documents in response to the United States' documentary CID. *See* Dkt. No. 1-4 at 90-112, Pet. Ex. 5. Although the Corporate Respondents' current receivership poses difficulties, Ms. Holcomb continues to conduct a diligent search for records requested in the CIDs and will produce records as they are discovered, to the extent there are, in fact, any outstanding records that are responsive to the CIDs and that are in Ms. Holcomb's possession, custody, or control. Ms. Holcomb and the United States continue to work in good faith regarding compliance with all the CID requests.

In addition to Ms. Holcomb's significant efforts to respond to the documentary CID, the United States and Ms. Holcomb have discussed dates for Ms. Holcomb to sit for an oral examination. *See id.* at pp. 136-38, Pet. Ex. 7.

Ms. Holcomb continues to work in good faith regarding compliance with the CIDs. Nonetheless, even though Ms. Holcomb has not withheld any responsive documents at this time, Ms. Holcomb preserves all constitutional and other legal rights and privileges, including the privilege against self-incrimination, and maintains objections to any demands that are unduly burdensome, overly broad, vague and ambiguous, or duplicative of records already in the United States' possession.

As the United States continues to review the produced documents and Ms. Holcomb continues to conduct a diligent search for additional responsive

documents, Ms. Holcomb will continue to meet and confer with the United States to ensure compliance with the CIDs.

    As Ms. Holcomb has shown since retaining counsel, she is quickly responding to the CIDs and working efficiently towards full compliance. Towards those efforts, Ms. Holcomb respectfully submits it is unnecessary to involve the Court in this process and expects that the parties will resolve the issues raised in the Petition without involvement from the Court. Ms. Holcomb thus requests that the Court take no action on the Petition at this time as to Ms. Holcomb.

Dated: November 20, 2025       PILLSBURY WINTHROP SHAW PITTMAN LLP

By:  */s/ Dylan M. Aste*
     Paul J. Fraidenburgh
     Dylan M. Aste
     Christoffer Lee

     Attorneys for Respondent Laurie Holcomb